UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADAM TREANOR,<br>Plaintiff<br>v.<br>SHEDDY, et al.,<br>Defendants | Case No. 2:26-cv-03700-JAD-BNW<br>**ORDER** |

According to the Nevada Department of Corrections online inmate database, Plaintiff has been paroled, and his mail from the Court is coming back as undeliverable. However, he has not filed an updated address with the Court. Under Nevada Local Rule of Practice IA 3-1, a “pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party’s attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.” Nev. Loc. R. IA 3-1.

IT IS THEREFORE ORDERED that Plaintiff’s has **until December 14, 2026**, to file his current address with the Court.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can provide the Court with his current address.

DATED: November 13, 2026

UNITED STATES MAGISTRATE JUDGE